IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE OWEN DUSTIN,<br><br>        Plaintiff,<br><br>    v<br><br>JOHN DOE,<br><br>        Defendant.<br>_____ / | No C-08-5602 VRW (PR)<br><br>ORDER OF DISMISSAL<br><br>(Doc # 5) |

This civil rights action by a prisoner was initiated on December 16, 2008. The court notified plaintiff in writing at that time that the action was deficient because plaintiff failed to file a proper complaint and did not pay the requisite $ 350.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months. See 28 USC § 1915(a)(2). Plaintiff was advised that failure to file the requested items within 30 days would result in dismissal of the action.

On February 9, 2009, plaintiff filed a motion to proceed in forma pauperis. Plaintiff, however, still has not filed a proper complaint.

1         **Because more than 60 days have elapsed since plaintiff was**
2 **directed to file a proper complaint and he has failed to do so or to**
3 **seek an extension of time to do so, the action is DISMISSED WITHOUT**
4 **PREJUDICE.  In a separate order, the court DENIES WITHOUT PREJUDICE**
5 **plaintiff's motion to proceed in forma pauperis.**
6         **The clerk shall close the file and terminate all pending**
7 **motions as moot.**

9         **IT IS SO ORDERED.**

11 **DATED**    *March 4, 2009*

                                         **VAUGHN R WALKER**
12                                          **United States District Chief Judge**

**United States District Court**
For the Northern District of California

27 `G:\PRO-SE\VRW\CR.08\Dustin-5602-dismissal.wpd`

**2**